THE STATE EX REL. JACKSON, APPELLANT, *v.* MCMONAGLE, JUDGE, APPELLEE.

[Cite as *State ex rel. Jackson v. McMonagle* (1994), 69 Ohio St.3d 486.]

(No. 94–257—Submitted May 10, 1994—Decided June 22, 1994.)

---

*Theodore R. Jackson, Jr., pro se.*

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *L. Christopher Frey,* Assistant Prosecuting Attorney, for appellee.

---

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.